UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:22-cv-00323

———

**Quintlin Jimerson**,
*Plaintiff,*

v.

**Gregg County Sheriff Office et al.,**
*Defendants.*

———

# ORDER

Plaintiff Quintlin Jimerson, an inmate proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On January 26, 2023, the magistrate judge instructed plaintiff to supply an updated address by February 21, 2023. Doc. 17. The order was mailed to plaintiff at his last known address at the Hutchins Unit in Dallas, Texas, on January 26, 2023. On February 17, 2023, the acknowledgement receipt was returned to the court with the notation that plaintiff received the order on February 6, 2023.

Plaintiff did not comply with the order. On March 7, 2023, the magistrate judge entered a report recommending that plaintiff's case be dismissed for want of prosecution and failure to obey an order. Doc. 20. The report noted that plaintiff failed to provide a change of address to the court. On March 29, 2023, the report was returned to the court marked "return to sender" and "undeliverable." Doc. 21. Plaintiff has since been released from the Texas prison system. No objections have been filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it

contains no clear error, the court accepts its findings and recommendation. This case is dismissed with prejudice.

*So ordered by the court on April 19, 2023.*

J. CAMPBELL BARKER
United States District Judge